DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-411 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| JUAN ALBERTO DE LA FUENTE, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came on for Status Conference on Tuesday, October 25, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney William Wong appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon, appeared on behalf of Defendant JUAN ALBERTO DE LA FUENTE, who was present in custody.

A Further Status Conference hearing date of Tuesday, December 6, 2011, at 9:15 a.m., was set for defense counsel to obtain state court records of the convictions alleged in the Indictment.

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from October 25, 2011, up to and including December 6, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

1  Good cause appearing therefor,

2  IT IS ORDERED that this matter is continued to **Tuesday, December 6, 2011, at 9:15 a.m.**

3  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from October 25, 2011, up to and including December 6, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: October 27, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT