DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-411 LKK |
| Plaintiff, | |
| v. | ORDER |
| JUAN ALBERTO DE LA FUENTE, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came on for Status Conference on Tuesday, December 6, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Todd Leras, for William Wong, appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon, appeared on behalf of Defendant JUAN ALBERTO DE LA FUENTE, who was present in custody.

A Further Status Conference hearing date of Wednesday, January 18, 2012, at 9:15 a.m., was set.

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from December 6, 2011, up to and including January 18, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

///

1   Good cause appearing therefor,

2   IT IS ORDERED that this matter is continued to **Wednesday, January 18, 2012, at 9:15 a.m.**

3   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the
4   period from December 6, 2011, up to and including January 18, 2012, is excluded from the time computations
5   required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served
6   by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

8   Dated: December 9, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2