1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar # 244785
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JUAN ALBERTO DE LA FUENTE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,          )   No. CR.S 11-411 LKK
                                       )
13                      Plaintiff,     )
                                       )   ORDER AFTER HEARING
14           v.                        )
                                       )
15  JUAN ALBERTO DE LA FUENTE,         )
                                       )
16                                     )   Judge:   Hon. Lawrence K. Karlton
                        Defendant.     )
17                                     )
    _____
18

19          This matter came before the Court for Status Conference on January 18, 2012, in the

20  courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge.  The

21  government was represented by its counsel, Assistant United States Attorney William Wong.

22          Defendant Juan Alberto De La Fuente, who was present and in custody, was

23  represented by Assistant Federal Defender Courtney Fein.

24          The parties requested that probation prepare a Pre-Plea Report.  Defense counsel

25  requested that the matter be set for further status conference on March 20, 2012.  The parties

26  agreed on the need for additional time to allow for defense preparation, preparation of the Pre-

27  Plea Report, and further settlement negotiations.

28          IT IS HEREBY ORDERED that this matter be set for further status conference on

1  March 20, 2012.

2         IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv)

3  [reasonable time to prepare] (Local Code T4), the period from January 18, 2012 up to and

4  including March 20, 2012 is excluded from the time computations required by the Speedy

5  Trial Act due to ongoing preparation of counsel.  The court finds that the ends of justice served

6  by granting this continuance outweigh the best interest of the defendant and the public in a

7  speedy trial.

8

9  DATED: February 1, 2012

10                                    LAWRENCE K. KARLTON
11                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28