DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-11-411 LKK |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JUAN ALBERTO DE LA FUENTE, | ) | Date: May 15, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, JUAN ALBERTO DE LA FUENTE by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that the status conference set for Tuesday, March 20, 2012, be continued to Tuesday, May 15, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is that the parties are engaged in settlement discussions.  The probation department is still in the process of preparing a pre-plea report to assist the parties in those discussions by providing a criminal history calculation and preliminary guidelines calculation.  As Mr. De La Fuente is housed in Butte County, counsel will need time to travel to the jail to further discuss the results of any settlement discussions

with him.

It is further stipulated that the time period from the date of this stipulation, March 14, 2012, through and including the date of the new status conference, May 15, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: March 14, 2012               Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Courtney D. Fein
                                    COURTNEY D. FEIN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JUAN ALBERTO DE LA FUENTE

DATED: March 14, 2012               BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Courtney D. Fein for
                                    WILLIAM WONG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set March 20, 2012, status conference shall be continued to May 15, 2012, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, March 14, 2012, through and including the date of the new status conference hearing, May 15, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: March 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT