1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5
    Attorney for Defendant
6   JUAN ALBERTO DE LA FUENTE

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR. S-11-411 LKK
                                       )
12              Plaintiff,             )
                                       )
13     v.                              )   STIPULATION   AND   ORDER   TO
                                       )   CONTINUE STATUS CONFERENCE
14                                     )
    JUAN ALBERTO DE LA FUENTE,         )
15                                     )   Date:  July 17, 2012
                                       )   Time:  9:15 a.m.
16              Defendant.             )   Judge: Hon. Lawrence K. Karlton
                                       )
17  _____   )

18         It is hereby stipulated and agreed to between the United States of America through

19  WILLIAM WONG, Assistant U.S. Attorney, and defendant, JUAN ALBERTO DE LA

20  FUENTE by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that

21  the status conference set for Tuesday, May 15, 2012, be continued to Tuesday, July 17, 2012,

22  at 9:15 a.m., for status conference.

23         The reason for this continuance is that the parties are engaged in settlement

24  discussions.  The probation department is still in the process of preparing a pre-plea report to

25  assist the parties in those discussions by providing a criminal history calculation and

26  preliminary guidelines calculation.  As Mr. De La Fuente is housed in Butte County, counsel

27  will need time to travel to the jail to further discuss the results of any settlement discussions

28

1  with him.

2    It is further stipulated that the time period from the date of this stipulation, May 15, 2012,

3  through and including the date of the new status conference, July 17, 2012, shall be excluded

4  from computation of time within which the trial of this matter must be commenced under the

5  Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable

6  time for defense counsel to prepare].

7  DATED: May 9, 2012                    Respectfully submitted,

8                                        DANIEL J. BRODERICK
                                         Federal Defender
9
                                         /s/ Courtney D. Fein
10                                       COURTNEY D. FEIN
                                         Assistant Federal Defender
11                                       Attorney for Defendant
                                         JUAN ALBERTO DE LA FUENTE
12

13

DATED: May 9, 2012                       BENJAMIN B. WAGNER
14                                       United States Attorney

15                                       /s/ Courtney D. Fein for
                                         WILLIAM WONG
16                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
17
                                  **O R D E R**
18
        Based on the stipulation of the parties and good cause appearing therefrom, the Court
19
hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that
20
the presently set May 15, 2012, status conference shall be continued to July 17, 2012, at 9:15
21
a.m..  It is further ordered that the time period from the date of the parties' stipulation, May 9,
22
2012, through and including the date of the new status conference hearing, July 17, 2012, shall
23
be excluded from computation of time within which the trial of this matter must be
24
commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local
25
Code T4 [reasonable time for defense counsel to prepare].
26
        Based on the stipulation of the parties and good cause appearing therefrom, the Court
27
hereby finds that the failure to grant a continuance in this case would deny defense counsel
28

2

1  reasonable time for effective preparation taking into account the exercise of due diligence.

2  The Court specifically finds that the ends of justice served by the granting of such continuance

3  outweigh the interests of the public and the defendant in a speedy trial.

4  **IT IS SO ORDERED.**

5

6  DATED: May 10, 2012

7  LAWRENCE K. KARLTON
SENIOR JUDGE

8  UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28