DANIEL BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar # 244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S 11-411 LKK |
| ) Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| JUAN ALBERTO DE LA FUENTE, ) | |
| ) | Judge:   Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

This matter came before the Court for Status Conference on August 7, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney William Wong. Defendant Juan Alberto De La Fuente, who was present and in custody, was represented by Assistant Federal Defender Courtney Fein.

The parties requested that a further status conference be set on September 11, 2012. The parties agreed on the need for additional time to allow for defense preparation, and further settlement negotiations.

IT IS HEREBY ORDERED that this matter be set for further status conference on September 11, 2012.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from August 7, 2012 up to and including September 11, 2012 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.  The court finds that the ends of justice served by granting this continuance outweigh the best interest of the defendant and the public in a speedy trial.

DATED: September 10, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT