1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5
   Attorney for Defendant
6  JUAN ALBERTO DE LA FUENTE

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR-S-11-411 LKK
                                  )
12         Plaintiff,              )
                                  )   STIPULATION AND ORDER TO
13    v.                           )   CONTINUE STATUS CONFERENCE
                                  )
14                                )
                                  )
15 JUAN ALBERTO DE LA FUENTE,     )   Date: September 11, 2012
                                  )   Time: 9:15 a.m.
16         Defendant.              )   Judge: Hon. Lawrence K. Karlton
                                  )
17 _____  )

18         It is hereby stipulated and agreed to between the United States of America through

19 WILLIAM WONG, Assistant U.S. Attorney, and defendant, JUAN ALBERTO DE LA

20 FUENTE by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that

21 the status conference set for Tuesday, September 11, 2012, be continued to Tuesday, October

22 23, 2012, at 9:15 a.m., for status conference.

23         The reason for this continuance is that defense counsel is awaiting video footage from

24 the digital recorder in the CHP patrol, and the parties are engaged in settlement discussions.

25 As Mr. De La Fuente is housed in Butte County, counsel will need time to travel to the jail

26 to discuss the results of any settlement discussions with him and to play him the video footage.

27      It is further stipulated that the time period from the date of this stipulation, September 7,

28

2012, through and including the date of the new status conference, October 23, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: September 6, 2012          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Courtney D. Fein
COURTNEY D. FEIN
Assistant Federal Defender
Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

DATED: September 6, 2012          BENJAMIN B. WAGNER
United States Attorney

/s/ Courtney D. Fein for
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set September 11, 2012, status conference shall be continued to October 23, 2012, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, September 7, 2012, through and including the date of the new status conference hearing, October 23, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance

outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: September 10, 2012

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT