DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-411 LKK |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| | ) | |
| JUAN ALBERTO DE LA FUENTE, | ) | Date:  November 14, 2012 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, JUAN ALBERTO DE LA FUENTE by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that the status conference set for Tuesday, October 23, 2012, be continued to Wednesday, November 14, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is that defense counsel is awaiting video footage from the digital recorder in the CHP patrol, and the parties are engaged in settlement discussions. As Mr. De La Fuente is housed in Butte County, counsel will need time to travel to the jail to discuss the results of any settlement discussions with him and to play him the video footage.

It is further stipulated that the time period from the date of this stipulation, October 22,

2012, through and including the date of the new status conference, November 14, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: October 22, 2012              Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Courtney D. Fein
                                                COURTNEY D. FEIN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JUAN ALBERTO DE LA FUENTE

DATED: October 22, 2012              BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Courtney D. Fein for
                                                WILLIAM WONG
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **O R D E R**

      Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 23, 2012, status conference shall be continued to November 14, 2012, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, October 18, 2012, through and including the date of the new status conference hearing, November 14, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

      Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.

The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: October 23, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT