1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5
   Attorney for Defendant
6  JUAN ALBERTO DE LA FUENTE

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  No. CR-S-11-411 LKK
                                      )
12          Plaintiff,                )
                                      )
13   v.                               )  STIPULATION   AND   ORDER   TO
                                      )  CONTINUE STATUS CONFERENCE
14                                    )
   JUAN ALBERTO DE LA FUENTE,         )
15                                    )  Date:  March 5, 2013
                                      )  Time:  9:15 a.m.
16          Defendant.                )  Judge: Hon. Lawrence K. Karlton
                                      )
17 _____   )

18         It is hereby stipulated and agreed to between the United States of America through

19 WILLIAM WONG, Assistant U.S. Attorney, and defendant, JUAN ALBERTO DE LA

20 FUENTE by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that

21 the status conference set for Tuesday,  January 29, 2013, be continued to Tuesday, March 5,

22 2013, at 9:15 a.m., for status conference.

23         The reason for this continuance is that the parties are engaged in settlement

24 discussions.  As Mr. De La Fuente is housed in Butte County, counsel will need time to travel

25 to the jail to discuss the results of any settlement discussions with him.

26    It is further stipulated that the time period from the date of this stipulation, January 25,

27

28

2013, through and including the date of the new status conference, March 5, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 25, 2013                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Courtney D. Fein
                                       COURTNEY D. FEIN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JUAN ALBERTO DE LA FUENTE


DATED: January 25, 2013                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Courtney D. Fein for
                                       WILLIAM WONG
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set January 29, 2013, status conference shall be continued to March 5, 2013, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, January 25, 2013, through and including the date of the new status conference hearing, March 5, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.

1  The Court specifically finds that the ends of justice served by the granting of such continuance

2  outweigh the interests of the public and the defendant in a speedy trial.

3  **IT IS SO ORDERED.**

4

5  DATED: January 29, 2013

6  _____
   LAWRENCE K. KARLTON

7  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3