HEATHER WILLIAMS, #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUAN DE LA FUENTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN DE LA FUENTE,<br><br>Defendant | Case No.: 11-411 LKK<br><br>ORDER RE SUBSTITUTION OF ATTORNEY |

It is respectfully requested that the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that COURTNEY FEIN, Attorney at Law, P.O. Box 191552, Sacramento, CA 95819; telephone number (916) 382-4792 be substituted in as appointed counsel for Mr. Juan de la Fuente.

ORDER RE SUBSTITUTION OF ATTORNEY

- 1

I accept the substitution and ask to be appointed.

DATED: July 30, 2013                                /s/ Courtney Fein
                                                    COURTNEY FEIN
                                                    Attorney at Law


I consent to the substitution.

DATED: July 30, 2013                                _____
                                                    JUAN DE LA FUENTE
                                                    Defendant

**O R D E R**

IT IS HEREBY ORDERED, effective August 1, 2013, withdrawing the Federal Defender as counsel and appointing Courtney Fein as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App. I, § B(3).

DATED:  August 5, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT